# United States Court of Appeals
## For the First Circuit

Nos. 08-2289, 08-2290, 08-2291

UNITED STATES OF AMERICA,

Appellee,

v.

EPIFANIO MATOS-LUCHI, MANOLO SOTO-PÉREZ,
RAMÓN CARRASCO-CARRASCO,

Defendants, Appellants.

**ERRATA**

The opinion of this Court, issued on December 1, 2010, should be amended as follows.

On page 5, last line on page, insert "of" between "background" and "the".